UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| KENNETH E. BULLINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION No. 1:15-CV-176 |
| ) | |
| M.C. PRECISE, DMD, JON F. ) | Removed from: |
| STRENGTH, DMD, DAVID N. ) | Superior Court of Dougherty |
| STRENGTH, DMD, AND MICHAEL ) | County, Georgia |
| C. PRECISE, DMD, P.A. d/b/a ) | Civil Action No: 15CV1422-2 |
| DIXIELAND DENTAL, ) | |
| and DIXIELAND DENTAL ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF AND PETITION FOR REMOVAL**

To: The Honorable Judges of the United States District Court
for the Middle District of Georgia, Albany Division

Come now DEFENDANTS M.C. PRECISE, D.M.D., JON F. STRENGTH, D.M.D., DAVID N. STRENGTH, D.M.D., AND MICHAEL C. PRECISE, D.M.D., P.A. d/b/a DIXIELAND DENTAL,[1] Defendants herein, and, by and through their undersigned counsel of record, file this Notice of and Petition for Removal[2] of the above captioned action to the United States District Court for the Middle District

---

[1] Although Plaintiff names "Michael C. Precise, D.M.D., P.A. d/b/a Dixieland Dental" separate from "Dixieland Dental," Defendants assert that these are one and the same and only a single such entity exists.
[2] In removing this action, Defendants do not waive their right to file a motion to dismiss in accordance with F.R.C.P 12(b) and F.R.C.P. (81)(c).

-1-

of Georgia, Albany Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, *et. seq.* showing the Court as follows:

1. On or about September 23, 2015, a Complaint was filed against Defendants in the Superior Court of Dougherty County, Georgia, Civil Action No. 15CV1422-2, entitled *Kenneth E. Bullington v. M.C. Precise, D.M.D., Jon F. Strength, D.M.D., David N. Strength, D.M.D., and Michael C. Precise, D.M.D., P.A., d/b/a Dixieland Dental, and Dixieland Dental.* Pursuant to 28 U.S.C. § 1446(a), the Complaint and all other process, pleadings, orders and other papers or exhibits of every kind on file in the state court regarding this matter are attached hereto as "Exhibit 1."

2. Plaintiff served a summons and complaint for damages upon each Defendant on September 28, 2015. *See* Sheriff's Entries of Service (Attached as "Exhibit 2"). On September 29, 2015, each Defendant received a Notice of Lawsuit and Request for Waiver of Service of Summons by certified mail (Attached as "Exhibit 3").

3. The above described action is a civil action in which the Court has original jurisdiction under the provisions of Title 28 U.S.C. § 1332(a)(1), and is one which may be removed to this Court by Defendants, pursuant to the provisions of Title 28 U.S.C. § 1441, in that this is a civil action where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs and is between citizens of different States.

4. Plaintiff is a resident and citizen of Worth County, Georgia, living under the laws of the State of Georgia. (Plaintiff's Complaint at ¶ 1). Defendants

M.C. Precise, D.M.D., Jon F. Strength, D.M.D., and David N. Strength, D.M.D. are residents and citizens of the State of Alabama. *Id.* at ¶¶ 2-4. Defendant Michael C. Precise, D.M.D., P.A. d/b/a Dixieland Dental ("Dixieland Dental") is and has always been a Professional Association registered in the State of Alabama with its principal place of business in Midland City, Alabama. *See MacGinnitie v. Hobbs Grp., LLC,* 420 F.3d 1234, 1239 (11th Cir. 2005) (relying on "principal place of business" to establish citizenship for diversity jurisdiction). Defendant Michael C. Precise, a citizen of the State of Alabama, is the sole shareholder and President of Dixieland Dental.

5. By way of this lawsuit, Plaintiff seeks damages based on allegations of medical malpractice on the part of the named Defendants arising out of allegedly negligent dental services provided on or around August 11, 2010 and September 10, 2013. *Id.* at ¶ 60. Plaintiff alleges that Defendants' negligence caused injury to his mouth and jaw area resulting in "substantial medical expenses and related expenses for home healthcare and lifestyle changes," *id.* at ¶¶ 61-63, and requests relief for past and future medical expenses, pain and suffering, and past and future lost wages, *id.* at ¶ 70. In light of these allegations, Defendants show that the preponderance of the evidence does or will clearly establish that the amount in controversy exceeds the jurisdictional amount. *See Pretka v. Kolter City Plaza II, Inc.,* 608 F.3d 744, 752 (11th Cir. 2010); *Williams v. Best Buy Company, Inc.,* 269 F. 3d 1316 (11th Cir. 2001). In support of this showing, Defendants submit that Plaintiff has previously requested settlement

for damages in this action, claiming past medical expenses alone in the amount of $191,000. *See* Settlement Demand Packet at 010 (Attached as "Exhibit 4").

6. This Notice of and Petition for Removal is filed within thirty (30) days of service on Defendants and within thirty (30) days after receipt by Defendants of a copy of the initial pleading setting forth the claim for relief. As such, this Notice of and Petition for Removal is timely filed under 28 U.S.C. § 1446(b).

7. Written notice of filing of this Notice of and Petition for Removal will be given to Plaintiff promptly after the filing of this Motion, as is required by law.

8. A true and correct copy of this Notice of and Petition for Removal will be filed with the Clerk of the Superior Court of Dougherty County, Georgia, promptly after the filing of this Notice of and Petition for Removal, as is required by law.

Accordingly, Defendants respectfully request that the above-referenced State Court suit filed in the Superior Court of Dougherty County be removed to the United States District Court for the Middle District of Georgia, Albany Division.

RESPECTFULLY SUBMITTED, this 28th day of October, 2015.

                                        BOUHAN FALLIGANT, LLP

                                  By:   _____
                                        CARLTON E. JOYCE
                                        Georgia Bar No. 405515
                                        TODD M. BAIAD
                                        Georgia Bar No. 031605
                                        *Attorneys for Defendants*

-5-

BOUHAN FALLIGANT LLP

The Armstrong House
447 Bull Street (31401)
Post Office Box 2139
Savannah, GA 31402
Telephone: 912-232-7000
Facsimile: 912-233-0811
cejoyce@bouhan.com
tmbaiad@bouhan.com

## CERTIFICATE OF SERVICE

I, TODD M. BAIAD, do hereby certify that I have this day served the following parties in this case with a copy of the foregoing by placing a true and accurate copy of the same in the United States mail with adequate postage thereon to ensure delivery addressed to:

> F. Faison Middleton, IV
> Watson Spencer LLP
> 320 Residence Avenue
> P.O. Box 2008
> Albany, Georgia 31702-2008
> Attorney for Plaintiff

RESPECTFULLY SUBMITTED, this 28th day of October, 2015.

> BOUHAN FALLIGANT, LLP
>
> _____
> CARLTON E. JOYCE
> State Bar 405515
> TODD M. BAIAD
> Georgia Bar No. 031605
> *Attorneys for Defendants*

BOUHAN FALLIGANT LLP

The Armstrong House
447 Bull Street (31401)
Post Office Box 2139
Savannah, GA 31402
Telephone: 912-232-7000
Facsimile: 912-233-0811
cejoyce@bouhan.com
tmbaiad@bouhan.com